THE PEOPLE OF THE STATE OF NEW YORK V. CONGRESS RADIO, INC., and Another.— Motion granted so far as to permit the filing of a brief as *amicus curiæ* on condition that same be served on the district attorney on or before the 18th day of April, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOHN I. SAPINKOPF V. CUNARD STEAMSHIP COMPANY, Impleaded, etc.— Motion granted so far as to permit the filing of a brief as *amicus curiæ* on condition that same be filed by the 18th day of April, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL J. ROSENTHAL, Appellant, Impleaded, etc.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ALICE A. ALLEN, Respondent, v. CARSTED REALTY CORPORATION and Others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. [133 Misc. 359.]

JACOB A. OVERLANDER, Appellant, v. RUFUS M. OVERLANDER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM J. CLINTON, Respondent, v. TIFFANY GARAGE Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JULIA SPURIUS, Respondent, v. ANTON MEISTER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of MABEL POTTER DAGGETT, Deceased. JOHN D. DAGGETT, Appellant; CHATHAM-PHENIX NATIONAL BANK AND TRUST COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents.

HERMAN L. SVIRIDOW, Trading, etc., Respondent, v. ABEL GOTTHEIMER, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Proskauer, J., dissents.

MARY KELBAN, Respondent, v. FINKELSTEIN LUMBER Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MURRAY J. HELLER, Respondent, v. BERNARD H. WESTERMAN, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WELLWYN REALTY COMPANY, Appellant, v. MITCHELL L. ERLANGER, Respondent.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ

MAX PSATY, Respondent, v. FIFTH AVENUE AND 93RD STREET CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 278.]